IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -9 PM 2: 40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

RICHARD BROOKS and
JUNETTE BROOKS,

    Plaintiffs,

v.                                    No. 03-2970 Ml/An

WALMART STORES, INC.,
HIGHLAND GROUP, INC. d/b/a
HIGHLAND GROUP INDUSTRIES and
JOUBERT S. A., MALAYSIA,

    Defendants.

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their counsel of record, and announce to the Court that the matters and things in controversy between the parties have been settled and compromised and that the defendants, WALMART STORES, INC., HIGHLAND GROUP, INC. d/b/a HIGHLAND GROUP INDUSTRIES and JOUBERT S. A., MALAYSIA, should be dismissed, with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the plaintiff's cause be, and the same hereby is, dismissed with prejudice as to the defendants, WALMART STORES, INC., HIGHLAND GROUP, INC. d/b/a HIGHLAND GROUP INDUSTRIES and JOUBERT S. A., MALAYSIA, and that the costs of this cause shall be, and the same hereby are adjudged against the defendants, for which let execution issue, if necessary.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05



_____
JUDGE

_____
DATE

APPROVED:

LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC

BY: _____
Jay M. Atkins, #21371
254 Court Avenue, Second Floor
Memphis, Tennessee 38103
(901) 527-0214


_____  by jma
Randall J. Fishman            w/ perm
Attorney for Plaintiffs
200 Jefferson Avenue, Suite 1250
Memphis, TN 38103


_____ by jma w/ perm
Joshua M. Booth and William R. Johnson
Moore Ingram Johnson & Steele, LLP
Cedar Ridge Office P
408 N. Cedar Bluff Road, Suite 463
Knoxville, TN 37923

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 2:03-CV-02970 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Michael L. Snyder
MCDONALD HOPKINS BURKE & HABER
2100 Bank One Center
600 Superior Ave. E.
Cleveland, OH 44114--265

William R. Johnson
MOORE INGRAM JOHNSON & STEELE LLP
408 N. Cedar Bluff Rd.
Ste. 463
Knoxville, TN 37923

James W. Curry
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Thomas P. Cassidy
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Joshua M. Booth
MOORE INGRAM JOHNSON & STEELE LLP
408 N. Cedar Bluff Rd.
Ste. 463
Knoxville, TN 37923

Honorable Jon McCalla
US DISTRICT COURT