UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -9 PM 2:40

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

RICHARD BROOKS and
JUNETTE BROOKS

**JUDGMENT IN A CIVIL CASE**

v.

WALMART STORES, INC.,
HIGHLAND GROUP, INC. d/b/a
HIGHLAND GROUP INDUSTRIES,
and JOUBERT S. A. MALAYSIA.

CASE NO. 03-2970 Ml/An

---

The parties having settled and compromised all things in controversy:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal With Prejudice filed June 9, 2005, this case is hereby DISMISSED with prejudice. Costs are adjudged against the defendants.


APPROVED:

_____
JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

June 9, 2005
Date

ROBERT R. DI TROLIO
_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-9-05

47

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 47 in case 2:03-CV-02970 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Jay Marshall Atkins
LEITNER WILLIAMS DOOLEY & NAPOLITAN-Memphis
254 Court Ave.
Second Floor
Memphis, TN 38103

Michael L. Snyder
MCDONALD HOPKINS BURKE & HABER
2100 Bank One Center
600 Superior Ave. E.
Cleveland, OH 44114--265

William R. Johnson
MOORE INGRAM JOHNSON & STEELE LLP
408 N. Cedar Bluff Rd.
Ste. 463
Knoxville, TN 37923

Joshua M. Booth
MOORE INGRAM JOHNSON & STEELE LLP
408 N. Cedar Bluff Rd.
Ste. 463
Knoxville, TN 37923

Randall J. Fishman
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Thomas P. Cassidy
LEITNER WILLIAMS DOOLEY & NAPOLITAN
254 Court Ave.
Second Floor
Memphis, TN 38103

James W. Curry
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT